# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>HIGH ROLLER INCORPORATED, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01411-DAD-BAM<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(Doc. 2) |

Plaintiff Raymond Watkins, a former Tuolumne County Jail Inmate, is appearing pro se in this employment discrimination action.

Plaintiff has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). (Doc. 2.) Plaintiff's application to proceed in forma pauperis incomplete. Although the application is dated and signed, the certificate portion of his application, which is to be completed by the institution of incarceration, is blank. Plaintiff noted on the application, "Staff wont [sic] fill out." (Doc. 2 at 2.)

In ordinary circumstances, the Court would direct Plaintiff to submit a completed application to proceed in forma pauperis. However, Plaintiff is no longer incarcerated in the Tuolumne County Jail, and is instead housed at Napa State Hospital in Sonora, California. Based on Plaintiff's changed facilities, and because he has made the showing required by 28 U.S.C. § 1915 (absent a trust account certification) and has been granted in forma pauperis status in other pending cases in this district, this Court will grant Plaintiff's request to proceed in forma pauperis in this action.[1] See Reyn's Pasta Bella, LLC v. Visa USA, Inc., 442 F.3d 741, 746 n.6

---

[1] See, e.g., Watkins v. Tuolumne County Jail, 1:18-cv-01426-SAB (PC) (granted in forma pauperis status on December 19, 2018); Watkins v. Tuolumne County Jail, 1:18-cv-01158-BAM (PC) (granted in forma pauperis status on November 7, 2018); Watkins v. Tuolumne County Jail, et al., 1:18-cv-01385-SKO (granted in forma pauperis

1

(9th Cir. 2006) (holding that courts "may take judicial notice of court filings and other matters of public record."); Neylon v. Cty. Of Inyo, No. 1:16-cv-00712-AWI-JLT, 2016 WL 6834097, at *2 (E.D. Cal. Nov. 21, 2016) ("Federal courts may take judicial notice of orders and proceedings in other courts, including transcripts.").

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff is granted in forma pauperis status in this action; and
2. The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e) in due course.

IT IS SO ORDERED.

Dated: **January 9, 2019**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

---

status on October 24, 2018); Watkins v. Tuolumne County Jail, et al., 1:18-cv-01412-EPG (PC) (granted in forma pauperis status on October 16, 2018).

2